# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge R. Brooke Jackson

Case No. <u>1:20-cv-00395-RBJ</u>                                Hearing Date: <u>July 21, 2020</u>

Case Title: <u>*Home Buyers Warranty, et al. v. Debra Gentry, et al.*</u>

| Exhibit No. | Description of Document | Bates No. or Other ID | ID | Evid. | Stip. To Auth. | Stip. To Admis. |
|---|---|---|---|---|---|---|
| 1 | June 29, 2018 Email between Santroni and Lisa Halbleib re: meeting with attorney before signing non-competition agreement | HBW00870-00871 | | | | |
| 2 | June 29, 2018 Gentry HBW Confidentiality/Non-Competition Agreement | HBW00298-00303 | | | | |
| 3 | July 1, 2018 Roberson HBW Confidentiality/Non-Competition Agreement | Choice_Colorado_00846-00851 | | | | |
| 4 | July 9, 2018 Santroni HBW Confidentiality/Non-Competition Agreement | Choice_Colorado_00585-00590 | | | | |
| 5 | August 15, 2018 Azpeitia HBW Confidentiality/Non-Competition Agreement | HBW00321-00326 | | | | |
| 6 | July 19, 2019 Email from Roberson to herself with attached Realtor Activity Report | Choice_Colorado_00636 | | | | |
| 7 | Long & Foster Realtor Activity Report | Choice_Colorado_00637 | | | | |
| 8 | Aug. 1, 2019 Facebook messages between Gentry and Ricketts | Choice_Colorado_00863-00865 | | | | |
| 9 | Aug. 14, 2019 Email from Santroni to Knighten re: Fox & Roach | Choice_Colorado_00444-00445 | | | | |
| 10 | Sept. 11, 2019 Email from Santroni to herself with attached August Stack Rank | Choice_Colorado_00447-00448 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | August Stack Rank for August 2019 | Choice_Colorado_00449 | | | | |
| 12 | Oct. 23, 2019 LinkedIn message between Zelaya and Santroni | Choice_Colorado_02646 | | | | |
| 13 | Nov. 5, 2019 Email from Santroni to herself with attached HBW's 2018 Realtor Sales Compensation Program | Choice_Colorado_00467-00468 | | | | |
| 14 | HBW's 2018 Realtor Sales Compensation Program | Choice_Colorado_00469-00474 | | | | |
| 15 | Nov. 18, 2019 Email from Ricketts to Santroni with attached first CHW offer letter | Choice_Colorado_02778 | | | | |
| 16 | First CHW offer letter to Santroni | Choice_Colorado_02780-02783 | | | | |
| 17 | Dec. 17, 2019 Email from Ricketts to Gentry with attached CHW offer letter | Choice_Subpoena_00022 | | | | |
| 18 | CHW offer letter to Gentry | Choice_Subpoena_00009-00012 | | | | |
| 19 | Dec. 17, 2019 Email from Ricketts to Roberson with attached CHW offer letter | Choice_Colorado_02933 | | | | |
| 20 | CHW offer letter to Roberson | Choice_Colorado_02934-02937 | | | | |
| 21 | Dec. 18, 2019 Email from Ricketts to Santroni with attached final CHW offer letter | Choice_Colorado_02907 | | | | |
| 22 | Final CHW offer letter to Santroni | Choice_Colorado_02908-02911 | | | | |
| 23 | Jan. 2, 2020 Email sent from Ricketts to Santroni and Roberson | Choice_Subpoena_00036 | | | | |
| 24 | Jan. 2, 2020 Texts between Santroni and Ricketts | Choice_Colorado_03627 | | | | |
| 25 | Jan. 2, 2020 Resignation email from Santroni | Choice_Colorado_02912 | | | | |
| 26 | Jan. 2, 2020 Resignation email from Gentry | Choice_Colorado_03542-03543 | | | | |
| 27 | Jan. 2, 2020 Resignation email from Roberson | Choice_Colorado_02943 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | Jan. 2, 2020 Email from Roberson to herself with attached spreadsheet of Subscription Friendly Realtor Activity | Choice_Colorado_00755 | | | | |
| 29 | Subscription Friendly Realtor Activity spreadsheet | Choice_Colorado_00756-00839 | | | | |
| 30 | Jan. 3, 2020 Texts between Roberson and Ricketts | Choice_Colorado_03591 | | | | |
| 31 | Jan. 7, 2020 Texts between Roberson and Ricketts | Choice_Colorado_03592 | | | | |
| 32 | Jan. 9, 2020 Email from Fletcher to Santroni with attached letter | Choice_Colorado_00581 | | | | |
| 33 | Jan. 9, 2020 Letter from Fletcher to Santroni | Choice_Colorado_00582-00592 | | | | |
| 34 | Jan. 9, 2020 Email from Fletcher to Gentry with attached letter | HBW00294 | | | | |
| 35 | Jan. 9, 2020 Letter from Fletcher to Gentry | HBW00295-00304 | | | | |
| 36 | Jan. 9, 2020 Email from Fletcher to Roberson with attached letter letter | Choice_Colorado_00842 | | | | |
| 37 | Jan. 9, 2020 Letter from Fletcher to Roberson | Choice_Colorado_00843-00852 | | | | |
| 38 | Jan. 9, 2020 Email from Santroni to Rauh & Johns | Choice_Colorado_02097 | | | | |
| 39 | Jan. 14, 2020 Email from Ricketts to Greenspan at PSRE with attached Marketing Agreement | Choice_Colorado_02091 | | | | |
| 40 | Marking Agreement for Greenspan at PSRE | Choice_Colorado_02092-02096 | | | | |
| 41 | Jan. 16, 2020 Letter from Brian Tretter to Michael Fletcher | HBW00305-00306 | | | | |
| 42 | Jan. 17, 2020 Emails between Ricketts and Craig Strobel of Exit Realty with attached Marketing Agreement | Choice_Colorado_00896 | | | | |
| 43 | Marketing Agreement | Choice_Colorado_00899-00903 | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | Jan. 23, 2020 Texts between Roberson and Ricketts | Choice_Colorado_03597 | | | | |
| 45 | Jan. 26, 2020 Facebook messages between Azpeitia and Maurie Reynolds | Choice_Colorado_03510-03513 | | | | |
| 46 | Jan. 29, 2020 Email from Sterling to Azpeitia with attached CHW offer letter | Choice_Colorado_00853 | | | | |
| 47 | CHW offer letter to Azpeitia | Choice_Colorado_00855-00858 | | | | |
| 48 | Jan. 29, 2020 Email from Azpeitia to herself with potential lead | Choice_Colorado_00001-00002 | | | | |
| 49 | Jan 29, 2020 Email from Azpeitia to herself with potential lead | Choice_Colorado_00003-00004 | | | | |
| 50 | Jan. 29, 2020 Email from Azpeitia to herself with attached 2-10 Home Buyers Warranty 2020 Realtor Sales Compensation Program | Choice_Colorado_00015-00017 | | | | |
| 51 | 2-10 Home Buyers Warranty 2020 Realtor Sales Compensation Program | Choice_Colorado_00018-00024 | | | | |
| 52 | Jan. 30, 2020 Email from Azpeitia to herself containing more than 20 attachments | Choice_Colorado_00110 | | | | |
| 53 | Jan. 30, 2020 Email from Azpeitia to herself with 9 attachments | Choice_Colorado_00210 | | | | |
| 54 | Jan. 30, 2020 Email from Azpeitia to herself with 11 attachments | Choice_Colorado_00227 | | | | |
| 55 | Jan. 30, 2020 Email from Azpeitia to herself with potential lead | Choice_Colorado_00029-00031 | | | | |
| 56 | Jan. 30, 2020 Email from Azpeitia to herself with potential lead | Choice_Colorado_00046-00050 | | | | |
| 57 | Jan. 30, 2020 Email from Azpeitia to herself containing continuing education information | Choice_Colorado_00054-00056 | | | | |

| # | Description | Bates |  |  |  |  |
|---|---|---|---|---|---|---|
| 58 | Jan. 30, 2020 Email from Azpeitia to herself containing sponsorship information | Choice_Colorado_00057-00058 | | | | |
| 59 | Jan. 30, 2020 Email from Azpeitia to herself containing continuing education information | Choice_Colorado_00063-00079 | | | | |
| 60 | Jan. 30, 2020 Azpeitia emailing herself potential lead | Choice_Colorado_00087-00088 | | | | |
| 61 | Jan. 30-31, 2020 Emails between Santroni and Rauh & Johns | Choice_Colorado_02072-02073 | | | | |
| 62 | Jan. 31, 2020 Email from Azpeitia to herself with attached CHW/HBW comparison flyer | Choice_Colorado_00384 | | | | |
| 63 | CHW/HBW comparison flyer | Choice_Colorado_00385-00386 | | | | |
| 64 | Jan. 31, 2020 Email chain containing Azpeitia's resignation email | HBW00307-309 | | | | |
| 65 | Feb. 3, 2020 Email from Fletcher to Azpeitia with attached letter | HBW00317 | | | | |
| 66 | Feb. 3, 2020 Letter from Fletcher to Azpeitia | HBW00318-327 | | | | |
| 67 | Feb. 3, 2020 Texts between Roberson and Ricketts | Choice_Colorado_03600 | | | | |
| 68 | Feb. 11, 2020 Emails between Gentry and Marie Legos at Berkshire Hathaway-Pen Fed Realty | Choice_Colorado_00885-00888 | | | | |
| 69 | Excerpts from the HBW Handbook | HBW00093, at 00139-00141 | | | | |
| 70 | HBW Account Executives from 2017 to 2020 | Dep. Ex. 26 | | | | |
| 71 | Full HBW Employee Handbook | HBW00093-00165 | | | | |
| 72 | Excerpts from Choice Employee Handbook | Choice_Subpoena_00027-00032 | | | | |
| 73 | June 22, 2020 Affidavit of J. Clingerman | Affidavit of J. Clingerman | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | Email from J. Clingerman after initial examination of Gentry, Santroni, and Roberson's devices | HBW00727-00729 | | | | |
| 75 | Forensic report of Gentry's laptop | HBW00730 | | | | |
| 76 | Forensic report of Roberson's laptop | HBW00731 | | | | |
| 77 | Forensic report of Santroni's laptop | HBW00732 | | | | |
| 78 | Forensic report of Azpeitia's phone | HBW00868 | | | | |
| 79 | Forensic report of Roberson's phone | HBW00880 | | | | |
| 80 | Analyses of CHW sales data | Demonstrative | | | | |
| 81 | Timeline of events | Demonstrative | | | | |