**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Case No. 1:20-cv-00395-RBJ                           Hearing Date: July 21, 2020

Case Title: *Home Buyers Warranty, et al. v. Debra Gentry, et al.*

### PLAINTIFFS' WITNESS LIST

| Witness | Will Call | May Call | Time Estimated for Examination |
|---|---|---|---|
| 1) Scott Zinn | X | | 1.5 hours |
| 2) John Clingerman | X | | 30 minutes |
| 3) Anastasia "Stacey" Santroni | X | | 30 minutes |
| 4) Kelly Montgomery (Roberson) | X | | 30 minutes |
| 5) Debra Sue "Debie" Gentry | X | | 30 minutes |
| 6) Kimberly Azpeitia | X | | 30 minutes |
| 7) Michael Fletcher | | X | 5 minutes |
| 8) Aaron Gonzalez | | X | 5 minutes |
| 9) Michael Peters | | X | 5 minutes |
| 10) Darlene Sciandra | | X | 5 minutes |

Plaintiffs reserve the right to call at trial any witness that they may determine is necessary or appropriate to: (1) lay foundation for the admission of other documents or testimony; (2) refresh a witness' recollection; (3) impeach a witness; and/or (4) rebut any evidence Defendants may offer.